UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**CHRISTINE L. SMITH**

Debtor(s)

Chapter 13

Case No. 11-20128

**NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

Please take notice that the above Debtor or Debtors (hereinafter "Debtor"), Christine L. Smith, hereby converts the above-referenced case from a Chapter 13 to a Chapter 7 pursuant to 11 U.S.C. §1307 and Bankruptcy Rule 1019.

Dated:  March 16, 2015                    Christine L. Smith


                                          By: */s/Jennifer G. Hayden*
                                              Jennifer G. Hayden, Esq.
                                              Molleur Law Office
                                              419 Alfred Street
                                              Biddeford, Maine 04005-3747
                                              207-283-3777
                                              jen@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**CHRISTINE L. SMITH**<br><br>Debtor(s) | Chapter 13<br><br>Case No. 11-20128 |

### CERTIFICATE OF SERVICE

I, Melissa A. Bourque, hereby certify that I am over eighteen years old and caused a true and correct copy of Notice of Conversion to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on March 16, 2015, or via first class U.S. Mail, postage prepaid, on March 16, 2015.

Dated: March 16, 2015                    Christine L. Smith

By: */s/ Melissa A. Bourque*
Melissa A. Bourque
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
melissa@molleurlaw.com

### SERVICE LIST

**Served electronically:**

Office of U.S. Trustee
Chapter 13 Trustee
All parties on Court ECF mailing list

**Served via U.S. Mail:**

Christine L. Smith
142 Westview Dr.
Sanford, ME 04073